ARTH v. GUTHRIE

No. 91P96

Case below: 121 N.C.App. 625

Petition by plaintiff-appellant for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

BALLARD v. WEAST

No. 66P96

Case below: 121 N.C.App. 391

Motion by defendants to dismiss the appeal for lack of substantial constitutional question allowed 9 May 1996. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

BARLOW v. BARLOW

No. 57P96

Case below: 121 N.C.App. 396

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

BATTLE v. MEADOWS

No. 158P96

Case below: 121 N.C.App. 787

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

CASWELL REALTY ASSOCIATES I v. ANDREWS CO.

No. 131P96

Case below: 121 N.C.App. 483

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.